127 F.3d 1095
 Federal Realty Investment Trust
v.
Kids Wear Blvd., Inc., Kids Wear, Inc., Morris Mizrahi,
Steven Betesh, Eli Orfali, Oved Subarri v. Kids Wear
Allegheny, Inc., Kids Wear of Aramingo, Inc., Kids Wear
Franklin Mills, Inc., Kids Wear Langhorne, Inc., Kids Wear
Upper Darby, Inc., K.W. Services, Inc.
 NO. 96-1768
 United States Court of Appeals,
Third Circuit.
 Aug 20, 1997
 Appeal From: E.D.Pa. ,No.9306310
 
 1
 Affirmed.
 
 
 2
 cating the disposition of each case, transmitted by the Court. Third Circuit Rules, App. 1, Internal Operating Procedures, Ch. 5, sec. 5.1, 28 U.S.C.A.)